Law Office of Jennifer E. Tucek, P.C.<br>
641 Lexington Avenue, 15th Floor<br>
New York, New York 10022<br>
TucekLaw@Gmail.com<br>
(917) 669-6991

September 29, 2025

Via ECF
Honorable Jesse M. Furman
United States District Court Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: *Carlos Ruiz Florez v. 45 West Street Properties, LLC (25-cv-5229)*

Dear Judge Furman

  I represent the Plaintiff in the above matter and am requesting a 30-day extension of the October 2, 2025 Conference. Defendant Camelot Castle LLC has not yet appeared in this case, and its Response to the Complaint is due today, September 29.  I spoke with an attorney early last week who stated his firm would be representing this Defendant.  He also sought consent for an extension of time to file its Response.  Although Plaintiff consented to the request, Defendant has not yet filed one with the court.  In any event, Plaintiff is requesting a 30-day adjournment of the conference currently scheduled for October 2 to allow the Defendants time to file their Responses.  Plaintiff also sent Defendants a settlement proposal and am hoping that we can discuss it in the next few weeks.  Finally, October 2 is Yom Kippur, and I am unavailable on that day.  Thank you.

  Plaintiff respectfully requests a 30-day adjournment of the October 2 Conference. Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek
_____
Jennifer E. Tucek
Attorney for Plaintiff

---

**Application GRANTED.** The initial pretrial conference is hereby **ADJOURNED** to **October 30 at 9:00 am**. The deadline to file a joint status letter and proposed case management plan, *see* ECF No. 7, is hereby **EXTENDED**, *nunc pro tunc*, to **October 23, 2025**.

The parties are reminded, however, that any request for extension must be made *at least 48 hours* prior to the deadline. Although the initial pretrial conference was scheduled for October 2, 2025, the parties were required to file the joint status letter and proposed case management plan, *see* ECF No. 7, no later than Thursday of the week prior to the initial pretrial conference. The parties were reminded of this deadline last week — by Order, *see* ECF No. 14, and by the Court's staff — and still failed to comply. The parties are warned that failure to file the joint status letter and proposed case management plan by the new deadline may result in the case being dismissed for failure to prosecute and/or other sanctions being imposed. No further courtesy extensions will be granted.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED. /s/ Jesse M. Furman

September 29, 2025