Law Office of Jennifer E. Tucek, P.C.
641 Lexington Avenue, 15th Floor
New York, New York 10022
TucekLaw@Gmail.com
(917) 669-6991

October 23, 2025

<u>Via ECF</u>
Honorable Jesse M. Furman
United States District Court Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: *Carlos Ruiz Florez v. 45 West Street Properties, LLC (25-cv-5229)*

Dear Judge Furman:

    I represent the Plaintiff in the above matter and write on behalf of all Parties to request a two-week adjournment of the October 30 Conference. The Parties are having settlement discussions and have a mediation scheduled for October 28. We would like to adjourn the conference to avoid having to unnecessarily prepare a joint letter and proposed Case Management Plan which are due today.

    The Parties respectfully requests a two-week adjournment of the October 30 Conference. Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek
_____
Jennifer E. Tucek
Attorney for Plaintiff

Application GRANTED. The initial pretrial conference is hereby ADJOURNED to **November 13, 2025 at 9:00 a.m.** Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit their proposed case management plan and joint letter by the Thursday prior to the conference. The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

*[signature]*

October 24, 2025