

Peter T. Shapiro
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

November 4, 2025

**VIA ECF**

Honorable Jesse M. Furman
United States District Court Judge
United States District Court
40 Foley Square
New York, NY 10007

> Re:  *Carlos Ruiz Florez v. 45 West Street Properties, LLC, et al.*
> Case No. 1:25-cv-05229-JMF

Dear Judge Furman:

I represent defendant Camelot Castle Inc. I am pleased to advise on behalf of the parties that we have agreed to a confidential settlement in principle. We anticipate completing the settlement within 30 days. Accordingly, we request that the Court stay any deadlines for 30 days in anticipation of the filing of a stipulation of dismissal during that time period. We have advised the assigned mediator, Hal Gesnner, that the previously scheduled mediation will not proceed.

Thank you for your attention to this matter.

Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf
cc:    All Counsel of Record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

166032080.1